UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FONDA J. HOUSTON,

    Plaintiff,

    v.

REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.,

    Defendant.

_____/

No. C 04-4443 PJH

**JUDGMENT**

    This matter having come on for hearing, and the issues having been duly decided, and the court having granted defendants' motion for summary judgment,

    It is Ordered and Adjudged

    that plaintiff Fonda J. Houston take nothing, and that the action be dismissed on the merits.

Dated: May 1, 2006

_____
PHYLLIS J. HAMILTON
United States District Judge