UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FONDA J. HOUSTON,

    Plaintiff,

    v.

THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.,

    Defendants.
_____/

No. C 04-4443 PJH

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for resolution of the claim of exemption for the judgment debtor, plaintiff Fonda J. Houston.

The parties will be advised of the date, time, and place of any appearance by notice from the assigned Magistrate Judge.

**IT IS SO ORDERED.**

Dated: October 6, 2006

_____
PHYLLIS J. HAMILTON
United States District Judge