UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FONDA J. HOUSTON,<br>　　　　　Plaintiff,<br>　　　v.<br>THE REGENTS OF UNIVERSITY OF CALIFORNIA, et al.,<br>　　　　　Defendants. | Case No. 04-cv-4443-PJH<br><br>**ORDER** |

The court is in receipt of a declaration filed on July 29, 2016, by defendants Regents of the University of California in support of an application for an earnings withholding order. However, the declaration was not accompanied by an actual application (which in any event would be a renewed application). Given that the prior order determining the Claim of Exemption was issued in November 2006, and that plaintiff (according to defendants' declaration) has changed employers, the court hereby directs defendants to file a renewed application and proposed order.

**IT IS SO ORDERED.**

Dated: August 3, 2016

_____
PHYLLIS J. HAMILTON
United States District Judge